[Civ. No. 3958. First Appellate District, Division Two.—October 14, 1921.]

FORDERER CORNICE WORKS (a Corporation), Respondent, v. WILLIAM CHATHAM et al., Appellants.

MECHANICS' LIENS — FILING OF CLAIM — RECOVERY ON BOND.—Judgment affirmed on authority of *W. P. Fuller & Co.* v. *Chatham et al.,* 53 Cal. App. 800 [200 Pac. 293].

APPEAL from a judgment of the Superior Court of the City and County of San Francisco. George E. Crothers, Judge. Affirmed.

The facts are the same as in *W. P. Fuller & Co.* v. *Chatham et al.,* 53 Cal. App. 800 [200 Pac. 293].

A. A. Moore, Stanley Moore and L. R. Weinmann for Appellants.

Hartley F. Peart and Olin L. Berry for Respondent.

STURTEVANT, J.—This is an appeal by the sureties on a contractor's bond from a judgment in favor of a material-man. The case is parallel in all of its facts with the case entitled *W. P. Fuller & Co.* v. *Chatham et al.,* 53 Cal. App. 800 [200 Pac. 293]. A petition to have that case heard and determined by the supreme court was by that court denied September 15, 1921.

Since this case was filed, the Fuller case was heard and determined on appeal. Counsel for appellants have courteously called to our attention the above facts.

On the authority of the Fuller case the judgment is affirmed.

Nourse, J., and Langdon, P. J., concurred.